City Equity Company, Respondent, v. Minnie E. Jones and Others, Appellants, Impleaded with Mary Elizabeth Housman, Defendant.— Judgment affirmed, with costs, upon the authority of *City Equity Co.* v. *Elm Park Realty Co.* (135 App. Div. 856). Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.

Audley Clarke, Respondent, v. Adolph Koeppel and Others, Defendants, Impleaded with Bertha Glass, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Thomas and Miller, JJ., concurred; Woodward, J., dissented.

Emanuel Cohen, a Minor, by His Guardian ad Litem, Esther Cohen, Respondent, v. Abraham Abraham and Others, Composing the Firm of Abraham & Straus, Appellants.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas and Rich, JJ., concurred; Jenks, J., taking no part.

Max Comora, Appellant, v. Morris Pearlberg, Respondent.— Judgment and orders of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Martin J. Condon, Respondent, v. New Rochelle Water Company, Appellant. — Judgment in so far as appealed from affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Coney Island Associates, Appellant, v. Charles E. Teale, as Public Administrator, etc., Defendant, and Walter E. Warner, Respondent.— Final order of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

William R. Delany, Appellant, v. Anna M. Carpenter, Respondent, Impleaded with Harry N. Bennett, Defendant.— Judgment in so far as appealed from affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term. (Reported in 62 Misc. Rep. 416.) Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Mary F. Gahan, Respondent, v. Westchester Electric Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, because of error in receiving evidence of injury to head and to stomach. Jenks, Burr and Miller, JJ., concurred; Hirschberg, P. J., and Rich, J., dissented.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to the Lands, etc., for the Purpose of Opening Manhattan Bridge (Bridge No. 3), etc., in the Borough of Brooklyn, in the City of New York. Arthur C. Salmon and Others, Commissioners, Appellants — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Burr, Thomas, Rich and Miller, JJ., concurred.